UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA AND STATESBORO DIVISIONS

IN RE:                                    ) Case Nos.   CR126-031, USA v. McFadden
OF ABSENCE REQUEST                        )             CR126-028, USA v. Dunbar
                                          )
                                          )
WENDELL E. JOHNSTON ,JR.    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Wendell E. Johnston, Jr.** be granted leave of absence for the following period:  June 20, 2026 through June 27, 2026.

**SO ORDERED**, this _10th_ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA