**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR126-028 |
| | ) | |
| JAMELL ALLEN DUNBAR | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Wendell E. Johnston, Jr.** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT William E. Johnston, Jr.** be granted leave of absence for the following periods: October 6, 2026.

**SO ORDERED**, this the 16th day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA